FILED
CLERK, U.S. DISTRICT COURT

AUG 1 2 2014

CENTRAL DISTRICT OF CALIFORNIA
BY ___DC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>Raymond Ruiz Jr.<br>　　　　　　　Defendant. | Case No.: 5:09CR 99-VAP<br><br>ORDER OF DETENTION<br>(FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CONTRA__ District of __CALIFORNIA__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.　(✓)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN BACKGROUND
- UNKNOWN BAIL RESOURCES
- ALLEGATION OF ABSCONDING
- SUBMISSION TO DETENTION

1 | and/or

2 | B.   ( )   The defendant has not met his/her burden of establishing by clear and
3 | convincing evidence that he/she is not likely to pose a danger to the
4 | safety of any other person or the community if released under 18
5 | U.S.C. § 3142(b) or (c).  This finding is based on the following:

6 | _____
7 | _____
8 | _____
9 | _____

12 | IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 | revocation proceedings.

15 | Dated:  8/12/14

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2